# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Leonard, J. Rich | 2. Court or Organization  U.S. Bankruptcy Court - EDNC | 3. Date of Report  09/06/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

300 Fayetteville Street
P. O. Box 1441
Raleigh, North Carolina 27602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Editor in Chief | American Bankruptcy Law Journal, National Conference of Bankruptcy Judges |
| 2. Member, Board of Visitors | Campbell University School of Law |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, J. Rich | 09/06/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Adjunct Professor - Campbell University School of Law | $10,000.00 |
| 2. | 2011 | Editor-in-Chief - American Bankruptcy Law Journal | $13,500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Salary - Peace College (teaching) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | January 3 - 8, 2011 | San Francisco, CA | Assoc. of American Law Schools Conference | travel, meals, lodging |
| 2. | National Association of Chapter 13 Trustees | January 21 - 22, 2011 | Washington, DC | National Assoc. of Ch. 13 Trustee's Conference | lodging |
| 3. | American Bankruptcy Institute | March 6 - 8, 2011 | Brooklyn, NY | 19th Annual Hon. Conrad B. Duberstien Moot Court Competition | travel, meals |
| 4. | American College of Bankruptcy Fellows | March 19, 2011 | Washington, DC | American College of Bankruptcy Fellows | travel, meals, lodging |

| 5. | National Association of Bankruptcy Trustees | March 25 - 26, 2011 | Santa Monica, CA | National Association of Bankruptcy Trustees Conference | lodging |
|---|---|---|---|---|---|
| 6. | National Conference of Bankruptcy Judges | April 4 - 5, 2011 | Palm Springs, CA | National Conf. of Bankruptcy Judges Mid-Year Meeting | travel, meals, lodging |
| 7. | Eastern Bankruptcy Institute | June 2 - 5, 2011 | N. Myrtle Beach, SC | Eastern Bankruptcy Institute Annual Meeting | lodging |
| 8. | American Bar Association | August 4 - 6, 2011 | Toronto, Canada | American Bar Association Annual Meeting | travel, meals, lodging |
| 9. | National Conference of Bankruptcy Judges | October 11 - 15, 2011 | Tampa, FL | National Conf. of Bankruptcy Judges Annual Meeting | travel, meals, lodging |
| 10. | North Carolina Bar Assocation | November 17 - 19, 2011 | Asheville, NC | North Carolina Bar Association Annual Meeting | meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, J. Rich | 09/06/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Great Lakes Loan Corp. | Student Loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, J. Rich | 09/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BB&T - Bank Account | A | Interest | J | T | | | | | |
| 2. TIAA CREF Retirement | | None | L | T | | | | | |
| 3. Fidelity Advisor 529 Portolio 2022 (no control) | | None | J | T | | | | | |
| 4. Suntrust - Bank Account | A | Interest | J | T | | | | | |
| 5. Suntrust - Bank Account | A | Interest | J | T | | | | | |
| 6. Suntrust - Bank Account | A | Interest | J | T | | | | | |
| 7. Suntrust - Bank Account | A | Interest | J | T | | | | | |
| 8. Franklin Real Return Fund Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 9. Franklin North Carolina Tax Free Class C - Mutual Fund | A | Interest | J | T | | | | | |
| 10. Russell Short Duration Bond Fund Class C - Mutual Fund | A | Dividend | J | T | Sold (part) | 12/19/11 | J | A | |
| 11. Russell Equity Growth Strategy Fund Class C - Mutal Fund | A | Dividend | K | T | | | | | |
| 12. Russell Strategic Bond Fund Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 13. Templeton Global Bond Fund Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, J. Rich | 09/06/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Rich Leonard**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544